# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

BARBARA W. PRINE                                                                        Plaintiff

v.                                                          Civil Action No.: 1:08cv235-SA-JAD

AG RISK INVESTORS, INC.                                                              Defendants

## AGREED ORDER GRANTING PLAINTIFF'S OBJECTION TO REMOVAL AND MOTION TO REMAND

By agreement the parties, Plaintiff Barbara W. Prine and Defendant AG Risk Investors, Inc., agree that the above-captioned proceeding be remanded to the Chancery Court of Oktibbeha County, Mississippi.

IT IS, THEREFORE, ORDERED that the above-captioned proceeding be remanded to the Chancery Court of Oktibbeha County, Mississippi, with the Defendant to bear all Court cost associated with the removal and the remand.

SO ORDERED this the 16th day of October, 2008.

                                                      **/s/ Sharion Aycock**
                                                      **U.S. DISTRICT JUDGE**